

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MESHIA URSIN                                        CIVIL ACTION

VERSUS                                              NUMBER: 05-3079

WARDEN JOHNNIE JONES                                SECTION: "F"(5)

# O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of Meshia Ursin is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 25th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____